UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE E. RODRIGUEZ                     )
                                      )
        Plaintiff,                    )        Case No. 5:25-cv-03415-MBK
                                      )
    v.                                )
                                      )        ORDER GRANTING STIPULATION
                                      )        FOR THE AWARD AND PAYMENT
COMMISSIONER OF                       )        OF ATTORNEY FEES AND
SOCIAL SECURITY                       )        EXPENSES PURSUANT TO THE
ADMINISTRATION,                       )        EQUAL ACCESS TO JUSTICE ACT
                                      )
        Defendant.                    )

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of $7,808.08 and no (zero) costs/expenses as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:____03/30/2026____        _____
                                HON. MICHAEL B. KAUFMAN
                                U.S. MAGISTRATE JUDGE

ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT